TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
JULIAN T. LEE (NY Bar No. 4523684)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-1708
    Facsimile: (213) 894-0115
    E-mail: julian.lee2@usdoj.gov
Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.E.P.A.,<br><br>        Petitioner,<br><br>        v.<br><br>WARDEN, Adelanto Detention Facility, *et al.*,<br><br>        Respondents. | No. 5:26-cv-03928-ADS<br><br>**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**<br><br>Honorable Autumn D. Spaeth<br>United States Magistrate Judge |

1

GOOD CAUSE APPEARING, IT IS ORDERED THAT pursuant to 8 U.S.C. § 2241, and as stipulated by the parties, the Petition for Writ of Habeas Corpus in this action shall be granted, in part, and that judgment shall be entered by the Court accordingly at this juncture, without requiring any further proceedings, as follows:

1. Within fourteen (14) days of entry of judgment, Respondents shall provide Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a).

2. At the bond hearing, the Respondent shall bear the burden of proving by clear and convincing evidence that Petitioner does not pose a danger to the community or is a risk of flight.

IT IS SO ORDERED.

Dated:   08/02/2026              _/s/ Autumn D. Spaeth_____
                                HONORABLE AUTUMN D. SPAETH
                                UNITED STATES MAGISTRATE JUDGE

2