JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.E.P.A,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO DETENTION FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-03928 ADS<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted in part. Within fourteen (14) days of entry of judgment, Respondents shall provide Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a).

DATED: 08/07/2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN. D. SPAETH
United States District Judge